# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
## CIVIL DOCKET FOR CASE #: 2:16−cv−00495−RSL

| | |
|---|---|
| Gilman et al v. Lumber Liquidators, Inc. et al | Date Filed: 04/06/2016 |
| Assigned to: Judge Robert S. Lasnik | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity−Product Liability | Nature of Suit: 365 Personal Inj. Prod. Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**Jeff Gilman**  represented by **Kevin P. Sullivan**
*and*  THE SULLIVAN LAW FIRM
701 FIFTH AVE., STE 4600
SEATTLE, WA 98104
206−903−0504
Fax: 206−624−9292
Email: k.sullivan@sullivanlawfirm.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Gilman**  represented by **Kevin P. Sullivan**
*individually and as parents of*  (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**D. G.**  represented by **Kevin P. Sullivan**
*a minor, and*  (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. G.**  represented by **Kevin P. Sullivan**
*a minor*  (See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Lumber Liquidators, Inc.**
*a Delaware corporation, and*

**Defendant**

**Lumber Liquidators Holdings, Inc.**
*a Delaware corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/06/2016 | 1 | |

| | | |
|---|---|---|
| | | COMPLAINT *for Damages and Injunctive Relief* against defendant(s) All Plaintiffs (Receipt # 0981–4403981) Attorney Kevin P. Sullivan added to party Abbeygale Gilman(pty:pla), Attorney Kevin P. Sullivan added to party Dillon Gilman(pty:pla), Attorney Kevin P. Sullivan added to party Jeff Gilman(pty:pla), Attorney Kevin P. Sullivan added to party Jessica Gilman(pty:pla), filed by Jeff Gilman, Abbeygale Gilman, Dillon Gilman, Jessica Gilman. (Attachments: # 1 Summons Summons)(Sullivan, Kevin) (Entered: 04/06/2016) |
| 04/07/2016 | 2 | DEMAND for JURY TRIAL by Plaintiffs Abbeygale Gilman, Dillon Gilman, Jeff Gilman, Jessica Gilman (Attachments: # 1 Civil Cover Sheet)(Sullivan, Kevin) (Entered: 04/07/2016) |
| 04/08/2016 | | **NOTICE to Filer:** re 2 Jury Demand, 1 Complaint, Summons(es), and Civil Cover Sheet documents contain personal identifiers that must be redacted pursuant to Local Civil Rule 5.2. You are required to re−file a redacted version of your documents using the event "**Redacted Document**" located in the Other Documents category. This event will allow you to link back to your original filing and will not affect your original filing date. Pursuant to LCR 5.2, the document has been administratively sealed by the Court. Thank you. (DJ) (Entered: 04/08/2016) |
| 04/08/2016 | 3 | REDACTION to 1 Complaint,, *for Damages and Injunctive Relief* by Plaintiffs A. G., D. G., Jeff Gilman, Jessica Gilman (Attachments: # 1 Summons)(Sullivan, Kevin) (Entered: 04/08/2016) |
| 04/08/2016 | 4 | REDACTION to 2 Jury Demand by Plaintiffs A. G., D. G., Jeff Gilman, Jessica Gilman (Attachments: # 1 Civil Cover Sheet)(Sullivan, Kevin) (Entered: 04/08/2016) |
| 04/08/2016 | | Judge Robert S. Lasnik added. (DJ) (Entered: 04/08/2016) |
| 04/08/2016 | 5 | Summons electronically issued as to defendant(s) Lumber Liquidators Holdings, Inc., Lumber Liquidators, Inc. (DJ) (Entered: 04/08/2016) |
| 04/26/2016 | 6 | MDL 2627 CONDITIONAL TRANSFER ORDER (CTO 13); in re Lumber Liquidators; Eastern District of Virginia; assigned to Judge Anthony J. Trenga. Clerk transferred case electronically through CM/ECF. (AD) (Entered: 04/27/2016) |